**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 05-2367**

_____

LATASHA R. WILLIAMS,

Plaintiff - Appellant,

versus

JO ANNE B. BARNHART, Commissioner of Social
Security Administration,

Defendant - Appellee,

and

OFFICE OF HEARINGS & APPEALS,

Defendant.

_____

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill. Margaret B. Seymour, District Judge.
(CA-05-378-0-MBS)

_____

Submitted: April 28, 2006          Decided: May 9, 2006

_____

Before WILLIAMS and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Latasha R. Williams, Appellant Pro Se.  Robert F. Daley, Jr.,
Assistant United States Attorney, Columbia, South Carolina; Bonnie

Evelyn Sims, Assistant Regional Counsel, Denver, Colorado, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Latasha R. Williams appeals the district court's order accepting the recommendation of the magistrate judge and dismissing her action seeking disability insurance benefits.  We have reviewed the record and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Williams v. Barnhart, No. CA-05-378-0-MBS (D.S.C. filed Nov. 22, 2005; entered Nov. 23, 2005).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED